UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT RICHARDS,

                Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for May 31, 2021 will now take place on **Tuesday, June 1, 2021 at 10:30 a.m.**

Dated: New York, New York
       May 21, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge