UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- against -

ROBERT RICHARDS,

               Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference in this matter scheduled for July 27, 2021 is adjourned sine die.

Dated: New York, New York
       July 26, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge