ANTHONY L. RICCO
ATTORNEY AT LAW
20 VESEY STREET • SUITE 400
NEW YORK, NEW YORK 10007
___
TEL (212) 791-3919
FAX (212) 964-2926
tonyricco@aol.com

**MEMO ENDORSED**: The application is granted. The Defendant's sentencing currently scheduled for December 3, 2021 will now take place on **February 4, 2022 at 3:00 p.m.** The Defendant's sentencing submission is now due by **January 14, 2022**. The Government's submission is now due by **January 21, 2022**.

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge
Dated: November 18, 2021

November 12, 2021

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Robert Richards,* Docket No. 20 Cr. 397 (PGG)

Dear Judge Gardephe:

Defense counsel respectfully submits this letter motion to request a 45 day adjournment of sentencing in the above-referenced criminal matter, which is presently scheduled for Friday, December 3, 2021, at 12:00 p.m.

As a result of defense counsel's extraordinary, Covid-19 pandemic related backlog of cases in both state and federal courts, defense counsel seeks adequate additional time to prepare and submit a comprehensive sentencing submission on behalf of the defendant, Robert Richards.[1]

A.U.S.A. Rebecca Dell has been informed of defense counsel's intention to file this application, and has no objection on behalf of the government. Additionally, no previous requests for an adjournment have been made in this matter.

Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

Respectfully,

*Anthony L. Ricco* (signature)

Anthony L. Ricco

cc: A.U.S.A. Rebecca Dell (By E.C.F.)

---

[1] During the past 10 days defense counsel has twice been sent out to trial parts for jury selection in Criminal Court matters in both Kings and Bronx Counties. Although neither case proceeded to trial on its respective trial date, counsel had to fully prepare for both trial matters and remain in the respective courthouses all day. Moreover, counsel was also required to make two urgent trips to Philadelphia as part of my duties as Resource Counsel in a federal death penalty case pending in the United States District Court for the Eastern District of Pennsylvania.