# ANTHONY L. RICCO
ATTORNEY AT LAW

20 VESEY STREET •
NEW YORK, NEW YORK

TEL (212) 791-
FAX (212) 964-
tonyricco@aol

> **MEMO ENDORSED**:
> The application is granted. The sentencing currently scheduled on February 4, 2022 is adjourned to **April 14, 2022 at 3:00 p.m.**
>
> SO ORDERED.
>
> *Paul G. Gardephe*
> Paul G. Gardephe
> United States District Judge
> Dated: January 20, 2022

January 19, 2022

Hon. Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: *United States v. Robert Richards,* Docket No. 20 Cr. 397 (PGG)

Dear Judge Gardephe:

      Defense counsel respectfully submits this letter motion to request a 45 day adjournment of sentencing in the above-referenced criminal matter, which is presently scheduled for February 4, 2022, at 3:00 p.m.

      As a result of the Covid-19 pandemic, attorney/client visits at the Metropolitan Detention Center (MDC) have been greatly affected, and most recently, all in-person visitation has been halted. On January 5, 2022, after waiting nine days for a scheduled attorney/client video teleconference appointment, defense counsel attempted to review the PSR with Robert Richards, but the audio connection to the video teleconferencing system did not work. Under ordinary circumstances, I would simply schedule an in-person attorney/client visit at the MDC, however, with the present cessation of all in-person visitation, I will be unable to do so until January 31, 2022, at the earliest. Therefore, I am requesting a sentencing adjournment of 45 days in order be able to review the PSR with Robert Richards, and submit a comprehensive sentencing submission on his behalf.

      A.U.S.A. Rebecca Dell has been informed of defense counsel's intention to file this application, and has no objection on behalf of the government.

      Thank you for your Honor's consideration of this application. If there are any questions, or if additional information is required, please contact me at your Honor's convenience.

      Respectfully,

      *Anthony L. Ricco*
      Anthony L. Ricco

cc:  A.U.S.A. Rebecca Dell (By E.C.F.)