UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ROBERT RICHARDS,

             Defendant.

**ORDER**

20 Cr. 397 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing in this matter is scheduled for May 4, 2022, at 2:00 p.m.

      The Defendant's sentencing submission sets forth several objections to the factual portions of the Pre-Sentence Report ("PSR"), including Paragraphs 7, 78, and 120. (Def. Br. (Dkt. No. 150) at 4-5) The Government's sentencing submission does not address the Defendant's objections. (See Govt. Br. (Dkt. No. 151)) Accordingly, the Government will submit a letter responding to the Defendant's objections by **5:00 p.m. on April 29, 2022**.

Dated: New York, New York
       April 27, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge